**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jesse  R. Deller d/b/a Junkscaping LLC                    CHAPTER 7
           Erica R. Deller
                    Debtor(s)                                   BKY. NO. 23-20603 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

        Kindly enter my appearance on behalf of MidFirst Bank and index same on the master mailing list.

                         Respectfully submitted,

                         /s/ *Denise Carlon*
                         Denise Carlon
                         26 Jun 2023, 15:41:37, EDT

                         Brian C. Nicholas, Esq. (317240)  ☐
                         Denise Carlon, Esq. (317226)       ☑
                         KML Law Group, P.C.
                         BNY Mellon Independence Center
                         701 Market Street, Suite 5000
                         Philadelphia, PA 19106
                         412-430-3594
                         bkgroup@kmllawgroup.com