IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 23-20603-GLT |
| | : | |
| JESSE R. DELLER and ERICA R. DELLER, d/b/a JUNKSCAPING, LLC, | : | Chapter 7 |
| | : | |
| Debtors. | : | |
| | : | |
| ARMCO CREDIT UNION, | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| JESSE R. DELLER and ERICA R. DELLER, d/b/a JUNKSCAPING, LLC, Debtors, and JEFFREY J. SIKIRICA, Trustee, | : | |
| | : | |
| Respondents. | : | |

**CERTIFICATE OF SERVICE OF
DEFAULT ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY OF
SECURED CREDITOR ARMCO CREDIT UNION**

I hereby certify that on **June 30, 2023**, a copy of the **DEFAULT ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY OF SECURED CREDITOR ARMCO CREDIT UNION** was served on those listed below either via electronic notification or by mailing same by U.S. mail, postage prepaid, first class:

Electronic Notification:

>Kenneth Steidl, Esquire
>Steidl & Steinberg
>Suite 2830 Gulf Tower
>707 Grant Street
>Pittsburgh, PA 15219
>(Attorney for Debtors)

>Jeffrey J. Sikirica
>Law Office of Jeffrey J. Sikirica, Esquire
>PO Box 13426
>Pittsburgh, PA 15243
>(Bankruptcy Trustee)

Office of the United States Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222
(U.S. Trustee)

I further certify that on **June 30, 2023** a copy of the foregoing document was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Jesse R. Deller
Erica R. Deller
Junkscaping, LLC
135 Valvoline Road
East Butler, PA 16029
(Debtors)

Respectfully Submitted,

By:  /s/ Matthew F. Marshall
Matthew F. Marshall, Esquire
Pa. I.D. No. 72853
DILLON McCANDLESS KING COULTER & GRAHAM, LLP
600 Cranberry Woods Drive, Suite 175
Cranberry Township, PA  16066
(724) 776-6644 (telephone)
(724) 776-6608 (facsimile)
mmarshall@dmkcg.com (email)
Attorneys for Creditor/Movant,
Armco Credit Union