IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

(N)
FILED
8/18/23 11:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

JESSE R. DELLER
ERICA R. DELLER,

Debtors.

Case No. 23-20603-GLT

Chapter 7

## ORDER

*AND NOW*, this **18th** day of **August 2023**, it appearing that a *Final Decree* in the within matter was erroneously issued on August 14, 2023 at Dkt. No. 25,

It is hereby **ORDERED, ADJUDGED and DECREED** that the *Final Decree* is *VACATED*, the case is *REINSTATED* and it shall proceed under Chapter 7.

_____
Gregory L. Taddonio     jah
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-20603-GLT |
| Jesse R. Deller | Chapter 7 |
| Erica R. Deller | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 18, 2023 | Form ID: pdf900 | Total Noticed: 22 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Jesse R. Deller, Erica R. Deller, PO Box 754, East Butler, PA 16029-0754 |
| cr | | Armco Credit Union, P.O. Box 1589, Butler, PA 16003-1589 |
| 15583280 | + | Armco Credit Union, 101 Hollywood Dr, Butler, PA 16001-7607 |
| 15583281 | | BB&T, Po Box 25217, Winston Salem, NC 27114 |
| 15583283 | + | Bobcat of Pittsburgh, 20620 Route #19 North, Cranberry Township, PA 16066-6001 |
| 15583284 | + | Butler Armco Employees Credit Union, 101 Hollywood Drive, Butler, PA 16001-7607 |
| 15583293 | + | P S E C U, P.o. Box 1006, Harrisburg, PA 17108-1006 |
| 15583300 | + | PNC Equipment Finance, 655 Business Center Drive, Suite 250, Horsham, PA 19044-3448 |
| 15583301 | + | PSECU, 1 Innovation Way, Harrisburg, PA 17110-1171 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15583282 | | Email/Text: bankruptcy@bbandt.com | Aug 18 2023 23:16:00 | BB&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 15583288 | + | Email/Text: bankruptcy@huntington.com | Aug 18 2023 23:17:00 | Huntington, 500 Stirling Village, Butler, PA 16001-6721 |
| 15583290 | + | Email/Text: bankruptcy@huntington.com | Aug 18 2023 23:17:00 | Huntington National Bank, Attn: Bankruptcy, Po Box 340996, Columbus, OH 43234-0996 |
| 15583289 | + | Email/Text: bankruptcy@huntington.com | Aug 18 2023 23:17:00 | Huntington National Bank, Po Box 1558, Columbus, OH 43216-1558 |
| 15583287 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 19 2023 09:02:04 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 15583286 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 18 2023 23:29:07 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15583291 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 18 2023 23:29:07 | Midland Mortgage Co, Pob 268959, Oklahoma City, OK 73126-8959 |
| 15583292 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 19 2023 09:29:12 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 15583295 | + | Email/Text: bankruptcynotices@psecu.com | Aug 18 2023 23:17:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 15583297 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 18 2023 23:17:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15583299 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 18 2023 23:17:00 | PA Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 15583565 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 18 2023 23:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

Case 23-20603-GLT    Doc 31    Filed 08/20/23    Entered 08/21/23 00:22:03    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: auto | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Aug 18, 2023 | Form ID: pdf900 | Total Noticed: 22 |

| 15583302 | Email/Text: bankruptcy@bbandt.com | | |
| --- | --- | --- | --- |
| | | Aug 18 2023 23:17:00 | Sheffield Financial, PO Box 580229, Charlotte, NC 28258-0229 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | MIDFIRST BANK |
| 15583285 | *+ | Butler Armco Employees Credit Union, 101 Hollywood Drive, Butler, PA 16001-7607 |
| 15583296 | *+ | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 15583294 | *+ | P S E C U, P.o. Box 1006, Harrisburg, PA 17108-1006 |
| 15583298 | *+ | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2023     Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com |
| Jeffrey J. Sikirica | TrusteeSikirica@gmail.com PA59@ecfcbis.com |
| Kenneth Steidl | on behalf of Joint Debtor Erica R. Deller julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor Jesse R. Deller julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Matthew F. Marshall | on behalf of Creditor Armco Credit Union mmarshall@dmkcg.com spavick@dmkcg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 6